UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. SALANDER,

       Plaintiff,

v.                                                                    Case No. 11-15704

                                        Hon. Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 5, 2013, Magistrate Judge Michael J. Hluchaniuk submitted a

Report and Recommendation recommending that Plaintiff's motion for summary

judgment (Doc. 11) be **DENIED**, that Defendant's motion for summary judgment (Doc.

13) be **GRANTED**, and that the findings of the Commissioner be **AFFIRMED**.

Because the Court has not received objections from either party within the time

frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d), the Court

**ADOPTS** the Magistrate Judge's Report and Recommendation. Judgment will enter in

favor of Defendant.

       **IT IS ORDERED**.


                                     S/Victoria A. Roberts_____
                                     Victoria A. Roberts
                                     United States District Judge

Dated: February 28, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record and William J. Slander by electronic means or U.S. Mail on February 28, 2013.

S/Carol A. Pinegar
Deputy Clerk